In the Matter of SIMON BRAUNSTONE (Also Known as SIMON H. BRAUNSTONE and as SIDNEY H. BRAUNSTONE), an Attorney. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.